In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title for the Opening and Extending of One Hundred and Sixty-fifth (Puntine-Locust) Street from Hillside Avenue to South Road (Street) in the Borough of Queens, City of New York. BAGDAD TRADERS, INC., and YARM REALTY AND HOLDING CORPORATION, Appellants; LLOYDS FIRST MORTGAGE CORPORATION, Respondent.*— Final decree modified by striking therefrom the provision for the payment of a portion of the award in question and interest to claimant Lloyds First Mortgage Corporation and by inserting in place thereof a direction for the payment of such portion of the award and interest to appellant Bagdad Traders, Inc., under its assignment from appellant Yarm Realty and Holding Corporation, and, as so modified, unanimously affirmed, in so far as appealed from, with costs to appellants. In our opinion, the deed made by appellant Yarm Realty and Holding Corporation to Hurtjam Realty Corporation conveyed no right, title or interest in or to the parcels in question, either by the description or by the so-called " together " clause. At the time this deed was delivered, the parcels in question were no part of any " street, road or avenue " then or formerly existing in front of and adjoining the property. The language contained in this clause is controlling upon the parties. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of HENRY H. WELLS and THE COUNTY TRUST COMPANY OF WHITE PLAINS, NEW YORK, as Executors, etc., of AMY HOWES, Deceased, Respondents. ANGIE H. MELDRUM, Appellant.— Decree of the Surrogate's Court of Putnam county unanimously affirmed, with costs to respondents, payable by appellant. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Petition of SAMUEL M. MEEKER for the Settlement of His Intermediate Account as Successor Trustee under the Last Will and Testament of AUGUSTUS A. LEVERICH, Deceased. BENJAMIN GROBERG, as Receiver, etc., of A. LYLE LEVERICH, Deceased, and Others, Appellants; CHRISTOPHER W. WOHLERS, Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs to respondent, payable out of the estate, upon opinion of Wingate, S.█ Present — Young, Kapper, Carswell, Scudder and Davis, JJ.